IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Billy Lisenby, Jr., #200273,  )<br>  )<br>　　　　　Plaintiff,　　 )<br>  )<br>vs.　　　　　　　　　　　 )<br>  )<br>Warden Cecilia Reynolds; Lt. Robert Miller; )<br>Grievance Clerk P. Hough; James S. Sligh,  )<br>Jr.; Major D. Seward; A. Sellers, DHO;　 )<br>Counsel Substitute Armstrong; and Mr.　 )<br>Padula,　　　　　　　　　　　 )<br>  )<br>　　　　　Defendants.　 )<br>_____) | C/A No. 5:14-cv-1830 DCN KDW<br><br>**ORDER** |

　　　The above referenced case is before this court upon the magistrate judge's recommendation that plaintiff's motion for injunctive relief be denied.

　　　This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. Thomas v Arn, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984 ).[1]  **No objections**

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal. The notice

**have been filed to the magistrate judge's report and recommendation.**

A <u>de</u> <u>novo</u> review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's report and recommendation is **AFFIRMED**, and plaintiff's motion for injunctive relief is **DENIED.**

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

August 11, 2014
Charleston, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'"  <u>Id.</u> at 846.  Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.